# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: RAFAEL PAGAN ARROYO

Bkrtcy. No. 11-07906-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

DC Track No. 34

| | |
|---|---|
| Petition Filing Date: | Sep 16, 2011 |
| Days from petition date | 33 |
| 910 Days before Petition | 3/20/2009 |
| This is debtor(s) 1 Bankruptcy petition. | |
| This is the 1 Scheduled Meeting | |
| Meeting Date | Oct 19, 2011 |
| Meeting Time | 2:00 PM |
| ☐ Chapter 13 Plan Date | Sep 16, 2011 Dkt.# 2 ☐ Amended. |
| Plan Base: | $22,500.00 |
| Confirmation Hearing Date: | Nov 18, 2011 Time: 1:30 PM |

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

| Ck/MO No. | Date | Amount |
|---|---|---|
| | | |

Total Paid In: $0.00

### I. Appearances:
- ☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
- ☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: M. Vega  ☐ Pro-se.
- ☐ Telephone ☐ Video Conference
- ☐ Creditor(s) present:  ☒ None.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
- Total Agreed: $3,000.00
- Paid Pre-Petition: $146.00
- Outstanding: $2,854.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss:
☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.
- Liquidation Value: 0
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
- §341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
- §341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation:
- ☒ FEASIBILITY [§1325(a)(6)]
- ☐ INSUFFICIENTLY FUNDED
- ☐ To pay §507
- ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☒ FAILS DISPOSABLE INCOME REQUIREMENTS
- ☐ Failure to comply with Tax returns requirements. [§1308]
- ☒ Failure to comply with DSO requirements
- ☐ Plan not filed in Good Faith §1325(a)(3)
- ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
① No provision POC# 1 by Berrios
② Submit evidence DSO post petition payments. $1,500.00
③ Step up payment after Retiro loan matures Oct 2012

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Oct 19, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**
Submit date of Retiro Loan.

Trustee / Presiding Officer

Page 2 of 2     Date: Oct. 19, 2011